650

**No. P68/403.**—F. W. Woolworth Co. *v.* United States, protests
66/65797, etc. (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Toyo paper sewing baskets similar in all material respects to those the subject of *John Dritz & Sons, Inc.* v. *United States* (59 Cust. Ct. 570, C.D. 3231), the claim of the plaintiff was sustained.

**No. P68/404.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 66/9447 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiff was sustained.

**No. P68/405.**—Pacific Wood Products Company *v.* United States, protests 64/25783 and 65/19544 (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of vinyl seat covers similar in all material respects to those the subject of *Judson-Sheldon and Pacific Wood Products Co.* v. *United States* (53 Cust. Ct. 255, Abstract 68744), the claim of the plaintiff was sustained.